IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01399-PAB

ENIER DIAZ DELIS,

     Petitioner,

v.

JUAN BALTAZAR, Warden, GEO Aurora Denver Contract Detention Facility,
GEORGE VALDEZ, Director of Denver Field Office, Enforcement and Removal
Operations, U.S. Immigration and Customs Enforcement,
TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General of the United States; each in their official
capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 10] of Judge Philip A. Brimmer entered on

April 15, 2026, it is

**ORDERED** that petitioner Enier Diaz Delis's Petition for Writ of Habeas Corpus

[Docket No. 1] is GRANTED. It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 4th day of May, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
Deputy Clerk